# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-02064-001-TUC-RM (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Devin Elenaze Molina, | |
| Defendant. | |

On August 15, 2022, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation (Doc. 82) recommending that this Court find that Defendant Devin Elenaze Molina violated Special Condition No. 4 of his terms of supervised release by absconding from a halfway house operated by Dismiss Charities. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Ferraro's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Ferraro's Report and Recommendation, and Defendant has waived his right to review by failing to

file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 82) is **accepted and adopted in full**. The Court finds that Defendant Devin Elenaze Molina violated Special Condition No. 4 of his conditions of supervised release, as alleged in the Petition to Revoke Supervised Release (Doc. 71).

**IT IS FURTHER ORDERED** that a Final Disposition Hearing is set for **October 19, 2022 at 9:30 a.m.** before the Honorable Rosemary Márquez.

Dated this 2nd day of September, 2022.

Honorable Rosemary Márquez
United States District Judge